IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CYNTHIA BRINKLEY,            *

    Plaintiff,              *

vs.                          *

                                        CASE NO. 3:09-CV-107 (CDL)

MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                                *

    Defendant
                                        *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 16, 2010 is hereby approved, adopted, and made the Order of the Court.

After a thorough review, the objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 7th day of July, 2010.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE